# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY FRANKS, | : | CIVIL ACTION NO.: 02-2652 |
| Plaintiff, | : | |
| v. | : | |
| COUNTY OF LEHIGH, THOMAS LAZORIK, BRIAN KAHLER, JANE BAKER, AND RICHARD O. KLOTZ, | : | |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearances of David J. MacMain, Esquire, and L. Kristen Blanchard, Esquire, of Montgomery, McCracken, Walker & Rhoads, LLP as counsel on behalf of Defendants County of Lehigh, Thomas Lazorik, Brian Kahler, Ted Kehm, Janice B. Nesbit, Jane Baker, and Richard O. Klotz in the above captioned action.

| | |
|---|---|
| David J. MacMain | L. Kristen Blanchard |
| (Attorney I.D. No. 59320) | (Attorney I.D. No. 80005) |
| MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP | MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP |
| 123 South Broad Street | 123 South Broad Street |
| Philadelphia, PA 19109-1030 | Philadelphia, PA 19109-1030 |
| (215) 772-1500 | (215) 772-1500 |
| | |
| Attorney for Defendants | Attorney for Defendants |
| Lehigh County, Thomas Lazorik, | Lehigh County, Thomas Lazorik, |
| Brian Kahler, Ted Kehm, Janice B. | Brian Kahler, Ted Kehm, Janice B. |
| Nesbit, Jane Baker, and Richard O. Klotz | Nesbit, Jane Baker, and Richard O. Klotz |

**CERTIFICATE OF SERVICE**

I, L. Kristen Blanchard, hereby certify that on this 4th day of June 2002, I caused a true and correct copy of the foregoing **Entry of Appearance** to be served by first class United States mail, postage prepaid, upon the following:

Sidney L. Gold, Esquire
Eleven Penn Center
1835 Market Street
Suite 515
Philadelphia, PA  19103

L. Kristen Blanchard