IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY FRANKS,<br>        Plaintiff | :<br>:<br>: Civil Action No. 02-2652 |
| VS. | :<br>: |
| COUNTY OF LEHIGH,<br>THOMAS LAZORIK,<br>BRIAN KAHLER, TED KEHM,<br>JANICE E. NISBET, JANE<br>BAKER, AND RICHARD O. KLOTZ,<br>        Defendants | :<br>:<br>:<br>:<br>:<br>: |

FILED JUN - 5 2002

### WITHDRAWAL OF APPEARANCE

TO:   MICHAEL E. KUNZ, CLERK
      United States District Court

  Please withdraw the appearance of the undersigned on behalf of ALL Defendants in the above-captioned case.

                            COUNTY OF LEHIGH
                            DEPARTMENT OF LAW

                    BY:  _____
                            Stephen M. Van Natten, Esquire
                            Deputy County Solicitor
                            Supreme Ct. I.D. #68784
                            17 South Seventh Street
                            Allentown, PA 18101
                            (610) 782-3180

Dated: May 31, 2002

FILED JUN - 5 2002

## CERTIFICATE OF SERVICE

I, L. Kristen Blanchard, hereby certify that on this 5th day of June 2002, I caused a true and correct copy of the foregoing **Withdrawal of Appearance** to be served by first class United States mail, postage prepaid, upon the following:

>Sidney L. Gold, Esquire
>Eleven Penn Center
>1835 Market Street
>Suite 515
>Philadelphia, PA 19103

L. Kristen Blanchard