IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY FRANKS | : | CIVIL ACTION |
| v. | : | |
| COUNTY OF LEHIGH, et al. | : | NO. 02-2652 |

### O R D E R

**AND NOW**, this 13th day of June, 2002, it is

**ORDERED** that the pretrial conference scheduled before Judge Padova on June 25, 2002 is hereby **CANCELLED**.

It is further O**RDERED** that a status conference will be scheduled before **Judge Pollak** at a later date.  Counsel will be notified of the date and time of conference.

Copy FAXED on 6/13/02 to:
 Sidney L. Gold, Esq.

Copy Mailed on 6/13/02 to:
 Stephen M. Vannatten, Esq.

ATTEST:                                or      BY THE COURT

BY: _Donna M. Bozzelli_           _____Louis H. Pollak_____
      Deputy Clerk                           Judge

Civ 12 (9/83)