IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY FRANKS | : | CIVIL ACTION |
| v. | : | |
| COUNTY OF LEHIGH | : | NO. 02-2652 |

## ORDER

AND NOW, this 11th day of December, 2002, upon consideration of correspondence to the Court from Plaintiff's counsel dated December 10, 2002, it is hereby **ORDERED** that:

1. The Settlement Conference in this matter which was scheduled for December 11, 2002, is **CANCELLED**;

2. A **Scheduling/Settlement Conference** will take place on **January 13, 2003**, at **10:00 a.m.** in Room 3030, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106. The parties are to be present or available by telephone.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE