IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY FRANKS | : CIVIL ACTION |
| v. | : |
| COUNTY OF LEHIGH | : NO. 02-2652 |

### ORDER

AND NOW, this 21st day of May, 2003, it is hereby **ORDERED** that the **Settlement Conference** for the above-captioned action which was scheduled for June 3, 2003, will now take place on **July 9, 2003**, at **10:00 a.m.** before the Honorable M. Faith Angell, United States Magistrate Judge. Room 3030, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

The attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date. Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

The parties are to be present or available by telephone.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE