IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY FRANKS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF LEHIGH, et al. | : | NO. 02-2652 |

## ORDER

AND NOW, this 16th day of September, 2003, upon consideration of Defendants Motion to Extend the Discovery Completion Date and All Other Dates in the Scheduling Order, it is hereby **ORDERED** by the Court that:

1. Defendants' Motion to Extend the Discovery Completion Date and All Other Dates in the Scheduling Order (Docket Entry No. 21) is GRANTED.

2. All discovery shall be completed no later than **October 8, 2003**.

3. Defendants shall file a Motion for Summary Judgment, complete with supporting briefs and affidavits, no later than **November 7, 2003**. Plaintiff shall file a response no later than **December 8, 2003**.

4. Following the filing of the dispositive motion, this case will be removed from my docket and transferred to the calendar of the Honorable Louis H. Pollak for final disposition and trial scheduling.

5. The parties may contact my Chambers at any time to schedule a settlement conference.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE