## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of **Plaintiff's**

**Unopposed Motion to Extend the Time for Plaintiff to Respond to Defendants' Motion for**

**Summary Judgment** , to be served by United States Mail, First Class Service, properly

addressed and postage prepaid, upon the following:

L. Kristen Blanchard, Esquire
MONTGOMERY, McCRACKEN, WALKER
      & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109

_____
SIDNEY L. GOLD, ESQUIRE

DATE:_____