IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY FRANKS, | : | CIVIL ACTION NO. 02-2652 |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF LEHIGH, | : | |
| THOMAS LAZORIK, | : | |
| BRIAN KAHLER, TED KEHM | : | |
| JANICE E. NESBIT, JANE | : | |
| BAKER, AND RICHARD O. KLOTZ, | : | |
| | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, to wit this           day of            , 2003, upon consideration of the Plaintiff's Unopposed Motion to Extend Time Within Which To File His Response to Defendants' Motion for Summary Judgment, it is hereby **ORDERED AND DECREED** that the Plaintiff's Motion is **GRANTED** and he shall file his response to the Defendants' Motion for Summary Judgment on or before December 24, 2003.

                                                                                            J.