UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Timothy Franks,<br><br>             Plaintiff,<br><br>    v.<br><br>County of Lehigh, et. al.,<br><br>             Defendants | CIVIL ACTION<br><br>No. 02-2652 |

**ORDER**

AND NOW, on this ____ day of November, 2003, upon consideration of plaintiff's unopposed motion to extend the time to respond to the defendants' motion for summary judgment it is hereby ORDERED that the plaintiff's motion is GRANTED. Plaintiff shall respond to defendants' motion for summary judgment by December 24, 2003.

BY THE COURT:

_____
Pollak, J.