# **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of **Plaintiff's Motion to Extend the Time for Plaintiff to Respond to Defendants' Motion for Summary Judgment**, to be served by United States Mail, First Class Service, properly addressed and postage prepaid, upon the following:

L. Kristen Blanchard, Esquire
MONTGOMERY, McCRACKEN, WALKER
& RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109
Attorney for Defendant

_____
SIDNEY L. GOLD, ESQUIRE
Attorney for Defendant

DATE:_____