IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY FRANKS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF LEHIGH, et al. | : | NO. 02-2652 |

## ORDER

AND NOW, this 16th day of December, 2003, as all matters pursuant to 28 U.S.C. § 636(b)(1)(A) have been completed, the Clerk is directed to remove this case from my docket and return it to the calendar of the Honorable Louis H. Pollak.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
*3030 United States Courthouse*
*Independence Mall West*
*Sixth and Market Streets*
*PHILADELPHIA, PENNSYLVANIA  19106-1797*

*Chambers of*
*M. FAITH ANGELL*                                                       P:  (215) 597-6079
*United States Magistrate Judge*                                        F:  (215) 580-2165

*FAX / MAIL COVER SHEET*

**CASE NO.** 02-2652                                    **DISTRICT COURT JUDGE:** LP

**TODAY'S DATE**: December 16, 2003               **LAW CLERK'S INITIALS**: LFS

**NAME**                                                               **FAX NUMBER**

1. Sidney L. Gold, Esq.                                     215-569-3870

2. David J. MacMain, Esq.                                215-772-7620
   L. Kristen Blanchard, Esq.