## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of **Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment**, to be served by **HAND DELIVERY**, upon the following:

L. Kristen Blanchard, Esquire
David J. MacMain, Esquire
MONTGOMERY, McCRACKEN, WALKER
& RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109
Attorneys for Defendants

_____
SIDNEY L. GOLD, ESQUIRE
TRACI M. GREENBERG, ESQUIRE

DATE: January 26, 2004