IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY FRANKS, | : | CIVIL ACTION NO. 02-2652 |
| *Plaintiff,* | : | (Judge Pollak) |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF LEHIGH, | : | |
| THOMAS LAZORIK, | : | |
| BRIAN KAHLER, TED KEHM | : | |
| JANICE E. NESBIT, JANE | : | |
| BAKER, AND RICHARD O. KLOTZ, | : | |
| | : | |
| *Defendants.* | : | |

**PLAINTIFF'S <u>EXHIBITS</u> TO PLAINTIFF'S MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff's Exhibits to Plaintiff's Memorandum of Law In Opposition to Defendants' Motion for Summary Judgment are attached hereto and marked accordingly.

SIDNEY L. GOLD & ASSOC., P.C.

_____
SIDNEY L. GOLD, ESQUIRE
Identification No.: 21374
TRACI M. GREENBERG, ESQUIRE
Identification No.: 86396
Suite 515
1835 Market Street
Philadelphia, PA 19103
(215) 569-1999
**Attorneys for Plaintiff**

DATE: January 26, 2004