IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY FRANKS, | : | CIVIL ACTION NO. 02-2652 |
| *Plaintiff,* | : | |
| v. | : | |
| COUNTY OF LEHIGH, THOMAS LAZORIK, BRIAN KAHLER, TED KEHM JANICE E. NESBIT, JANE BAKER, AND RICHARD O. KLOTZ, | : | |
| *Defendants.* | : | |

# O R D E R

**AND NOW** this        day of              , 2004, upon consideration of Defendants' Motion for Summary Judgment and Plaintiff's Memorandum of Law in Opposition thereto, it is hereby **ORDERED and DECREED** that Defendants' Motion for Summary Judgment is hereby **DENIED.**

_____
J.