```
 1
 2              IN THE UNITED STATES DISTRICT COURT
 3            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 4                           - - -
 5   TIMOTHY FRANKS              : CIVIL ACTION
                                 :
 6          vs.                  :
     COUNTY OF LEHIGH, THOMAS    :
 7   LAZORIK, BRIAN KAHLER,      :
     TED KEHM, JANICE E.         :
 8   NISBET, JANE BAKER AND      :
     RICHARD O. KLOTZ            : NO. 02-2652
 9                           - - -
                    Allentown, Pennsylvania
10                  Thursday, March 27, 2003
                             - - -
11
12           Deposition of THOMAS J. LAZORIK, taken
13   pursuant to notice, at the offices of County of
14   Lehigh, 17 South 7th Street, on the above date,
15   beginning at approximately 12:15 p.m., before Joseph
16   McCauley, Court Reporter-RPR and Notary Public.
17                           - - -
18
19
20
21           V A R A L L O   Incorporated
               Litigation Support Services
22             1835 Market Street, Suite 600
                 Philadelphia, PA  19103
23             215.561.2221      215.567.2670
24
25
```

V A R A L L O  Incorporated

Exhibit C

```
 1                      Thomas J. Lazorik
 2              THE WITNESS:  It would be if the one
 3  weighs, if the one has impact, okay, such as the U
 4  or the Needs to Improve, that there would be a
 5  weighing of that, you know, evaluation, whatever
 6  that is.
 7      Q.   How about if we go down to, you would agree,
 8  sir, that on the Work Attitude he got a
 9  Satisfactory?
10      A.   Yes.
11      Q.   You would agree that on the Relationship With
12  Others he got a Satisfactory?
13      A.   Yes.
14      Q.   On the Personal Qualities he got a Needs
15  Improvement?
16      A.   Yes.
17      Q.   Therefore, in -- let's see, there's one, two,
18  three, four, five -- there's six different
19  categories in which his work was rated; correct?
20      A.   Yes.
21      Q.   Also, there is another one, Confidentiality,
22  which he got a Satisfactory.
23              So we actually have four
24  Satisfactories, one Needs Improvement and two
25  Unsatisfactories; yet, his overall work performance
```