IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY FRANKS | : | CIVIL ACTION |
| vs. | : | |
| COUNTY OF LEHIGH, et al. | : | NO. 02-2652 |

**O R D E R**

**AND NOW**, this 24th day of March, 2004, it is

**ORDERED** that oral argument on defendant's motion for summary judgment will be held on Thursday, May 13, 2004 at 10:00 a.m. in Courtroom 16-B, 16th Floor, 601 Market Street, Philadelphia, PA 19106.

Copy FAXED on 3/24/04 to:
  Sidney L. Gold, Esq.
  L. Kristen Blanchard, Esq.
  David J. MacMain, Esq.

ATTEST:                              or        BY THE COURT

BY: _Donna M. Bozzelli_                  _Louis H. Pollak_
      Deputy Clerk                              Judge

Civ 12 (9/83)