**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

TIMOTHY FRANKS            :        CIVIL ACTION
                                    :
         vs.                        :
                                    :
COUNTY OF LEHIGH, et al.      :        NO. 02-2652

**O R D E R**

**AND NOW**, this 13th day of April, 2004, upon the request of counsel, it is

**ORDERED** that the oral argument on defendant's motion for summary judgment scheduled for Thursday, May 13, 2004 at 10:00 a.m. is hereby **RESCHEDULED** until Tuesday, June 15, 2004 at 10:00 a.m. n Courtroom 16-B, 16th Floor, 601 Market Street, Philadelphia, PA 19106.

Copy FAXED on 4/13/04 to:
  Sidney L. Gold, Esq.
  L. Kristen Blanchard, Esq.
  David J. MacMain, Esq.

ATTEST:                           or      BY THE COURT

BY: _Donna M. Bozzelli_              _Louis H. Pollak_
      Deputy Clerk                          Judge
Civ 12 (9/83)