UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY FRANKS, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LEHIGH, ET. AL., <br><br> Defendants | CIVIL ACTION <br><br> No. 02-2652 |

**ORDER**

AND NOW, this ____ day of June 2004, for the reasons stated from the bench today,

1. Defendants Jane Baker and Janice Nisbet are DISMISSED as party defendants.

2. Defendants' motion for summary judgment is GRANTED, and judgment is entered DISMISSING plaintiff's complaint.

BY THE COURT:

_____
Pollak, J.