IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY FRANKS | : | CIVIL ACTION |
| v. | : | |
| COUNTY OF LEHIGH, et al. | : | NO. 02-2652 |

## CIVIL JUDGMENT

Before the Honorable Louis H. Pollak

AND NOW, this 16th day of June, 2004 in accordance with the Court's Order of June 15, 2004,

IT IS **ORDERED** that Judgment be and the same is hereby entered in favor of defendants County of Lehigh, Thomas Lazorik, Brian Kahler, Ted Kehm, Janice E. Nesbit, Jane Baker, and Richard O. Klotz and against plaintiff Timothy Franks.

BY THE COURT

ATTEST:
      Donna M. Bozzelli
      Deputy Clerk

Civ 1 (8/80)