IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY FRANKS,<br>    *Plaintiff,*<br><br>v.<br><br>COUNTY OF LEHIGH,<br>THOMAS LAZORIK,<br>BRIAN KAHLER, TED KEHM<br>JANICE E. NESBIT, JANE<br>BAKER, AND RICHARD O. KLOTZ,<br><br>    *Defendants.* | CIVIL ACTION NO. 02-2652<br><br>The Honorable Louis H. Pollak |

### NOTICE OF APPEAL

Notice is hereby given that Timothy Franks, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final Order of this Court dated June 15, 2004 and entered in this action on the 16th day of June, 2004, granting Defendants' Motion for Summary Judgment and dismissing Plaintiff's Complaint. (A copy of the Court's Order and Civil Judgment are attached hereto and marked as Exhibit's "A" & "B")

Respectfully submitted,

SIDNEY L. GOLD & ASSOC., P.C.

_____
SIDNEY L. GOLD, ESQUIRE
I.D. No.: 21374
1835 Market Street, Suite 515
Philadelphia, PA 19103
(215) 569-1999
Attorneys for Plaintiff

DATED: July 12, 2004