# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of a **Notice of Appeal**, to be served by United States Mail, First Class Service, properly addressed and postage prepaid, upon the following:

> L. Kristen Blanchard, Esquire
> MONTGOMERY, McCRACKEN, WALKER
> & RHOADS, LLP
> 123 South Broad Street
> Philadelphia, PA 19109
> Attorney for Defendant

SIDNEY L. GOLD, ESQUIRE
Attorney for Plaintiff

DATE: July 12, 2004