UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMOTHY FRANKS,

        Plaintiff,

v.

COUNTY OF LEHIGH, ET. AL.,

        Defendants

CIVIL ACTION

No. 02-2652

## ORDER

AND NOW, this       day of June 2004, for the reasons stated from the bench today,

1   Defendants Jane Baker and Janice Nisbet are DISMISSED as party defendants.

2.   Defendants' motion for summary judgment is GRANTED, and judgment is entered DISMISSING plaintiff's complaint.

BY THE COURT:

_____
Pollak, J.



PLAINTIFF'S EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMOTHY FRANKS                                          CIVIL ACTION

    v.

COUNTY OF LEHIGH, et al.                                NO. 02-2652

### CIVIL JUDGMENT

Before the Honorable Louis H. Pollak

    AND NOW, this 16th day of June, 2004 in accordance with the Court's Order of June 15, 2004,

    IT IS **ORDERED** that Judgment be and the same is hereby entered in favor of defendants County of Lehigh, Thomas Lazorik, Brian Kahler, Ted Kehm, Janice E. Nesbit, Jane Baker, and Richard O. Klotz and against plaintiff Timothy Franks

                                    BY THE COURT

                        ATTEST:
                              Donna M. Bozzelli
                              Deputy Clerk

Civ 1 (8/80)



PLAINTIFF'S EXHIBIT "B"