IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMOTHY FRANKS

02-2652
District Court Docket Number

vs.

COUNTY OF LEHIGH, ET AL.

Notice of Appeal Filed <u>7/12/04</u>
Court Reporter(s)/ESR Operator(s)          <u>N/A</u>

Filing Fee:
      Notice of Appeal <u>X</u> Paid __Not Paid    __Seaman
      Docket Fee      <u>X</u> Paid __Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u>  status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC: Hon. Louis H. Pollak
    Appeals Clerk
    U.S.C.A.

Defendant's Address (for criminal appeals)

_____
_____
_____

Prepared by : _____
                    Christine Demnianyk, Deputy Clerk
PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm