## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of Plaintiff's Answer to Defendants' Application for Counsel Fees and Associated Expenses and Memorandum of Law in support thereof, to be served by **HAND DELIVERY**, upon the following:

        L. Kristen Blanchard, Esquire
        David J. MacMain, Esquire
        MONTGOMERY, McCRACKEN, WALKER
            & RHOADS, LLP
        123 South Broad Street
        Philadelphia, PA 19109

        S/Sid Gold, Esquire- SG-1387
        SIDNEY L. GOLD, ESQUIRE

DATE:   July 22, 2004