IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY FRANKS, | : | CIVIL ACTION NO. 02-2652 |
| *Plaintiff,* | : | |
| vs. | : | |
| COUNTY OF LEHIGH, THOMAS LAZORIK, BRIAN KAHLER, TED KEHM JANICE E. NESBIT, JANE BAKER, AND RICHARD O. KLOTZ, | : | |
| *Defendants.* | : | |

# **O R D E R**

**AND NOW**, to wit this _____ day of _____, 2004, it is hereby **ORDERED** and **DECREED** that Defendants' Application for Attorney's Fees and Associated Costs is hereby **STRICKEN** and the said Application is hereby **DENIED WITH PREJUDICE.**

BY THE COURT:

_____
J.