IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY FRANKS, | : | CIVIL ACTION NO. 02-2652 |
| *Plaintiff,* | : | |
| vs. | : | |
| COUNTY OF LEHIGH, THOMAS LAZORIK, BRIAN KAHLER, TED KEHM JANICE E. NESBIT, JANE BAKER, AND RICHARD O. KLOTZ, | : | |
| *Defendants.* | : | |

# **O R D E R**

**AND NOW**, to wit this _____ day of _____, 2004, it is hereby

**ORDERED** and **DECREED** that upon consideration of Defendants' Application for Attorney's Fees and Associated Costs, and Plaintiff's responses thereto, is hereby

**ORDERED** that said Application is **DENIED.**

BY THE COURT:

_____
J.