## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of Plaintiff's **Second** Memorandum of Law in Opposition to Defendants' Application for Counsel Fees and Associates Expenses, to be served by **HAND DELIVERY**, upon the following:

>L. Kristen Blanchard, Esquire
>David J. MacMain, Esquire
>MONTGOMERY, McCRACKEN, WALKER
>    & RHOADS, LLP
>123 South Broad Street
>Philadelphia, PA 19109


>S/Sid Gold, Esquire- SG-1387
>SIDNEY L. GOLD, ESQUIRE

DATE:   July 26, 2004