UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Timothy Franks,<br><br>   Plaintiff,<br><br>  v.<br><br>County of Lehigh, et. al.,<br><br>   Defendants | CIVIL ACTION<br><br>No. 02-2652 |

March 31, 2005

## ORDER

  Currently before the court is defendants Application for Counsel Fees and Associated Expenses (Docket #41). That Application follows a judgment in favor of defendants, which was entered on June 15, 2004. Defendants motion for attorney s fees was filed on July 15, 2004. Federal Rule of Civil Procedure 54(d)(2)(B), which governs applications for attorney s fees, states that, [u]nless otherwise provided by statute or order of the court, the motion [for attorney s fees] must be filed no later than 14 days after entry of judgment.... Defendants seek attorney s fees pursuant to 42 U.S.C. § 12205. That statute does not provide a different amount of time in which the prevailing party may seek attorney s fees. Nor did defendants seek (or receive) an order of the court granting

them an enlargement of time in which to file their Application. Thus, defendants Application is time-barred. Accordingly, it is hereby ORDERED that defendants Application is DENIED.

BY THE COURT:

_____
Pollak, J.